CHARLES P. HILL, Appellant, *v.* JOHN H. MOORE et al., Respondents, Impleaded with Another.

*Hill* v. *Moore*, 131 App. Div. 365, affirmed.
(Submitted May 13, 1910; decided May 31, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

March 15, 1909, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to establish a lien on real property.

*James H. Bain* for appellant.

*J. A. Kellogg* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on opinion of Cochrane, J., below.

Concur: Cullen, Ch. J., Haight, Werner, Willard Bartlett, Hiscock and Chase, JJ.